UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DEMIR KECO, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-12880-IT |
| | * | |
| JOSEPH D. MCDONALD, Plymouth County Sheriff, TODD M. LYONS, Acting Director Immigration and Customs Enforcement, Boston Field Office, MICHAEL KROL, New England Field Office Director U.S. Immigration and Customs Enforcement, PATRICIA HYDE, Director of the Boston Field Office, U.S. Immigration and Customs Enforcement and Removal Operations, KRISTI NOEM, U.S. Secretary of Homeland Security, DONALD J. TRUMP, President of the U.S., | * * * * * * * * * * * * | |
| Respondents. | * | |

ORDER OF DISMISSAL

October 7, 2025

TALWANI, D.J.

Petitioner's unopposed Motion to Dismiss Without Prejudice [Doc. No. 8] is GRANTED.

The Petition for a Writ of Habeas Corpus [Doc. No. 1] is hereby DISMISSED without prejudice.

This case is CLOSED.

    IT IS SO ORDERED.

                                                      /s/ Indira Talwani
                                                      United States District Judge